| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>BREEN, J. DANIEL | 2. Court or Organization<br><br>WESTERN DISTRICT OF TENNESSEE | 3. Date of Report<br><br>04/20/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>FULL-TIME U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>1157 FEDERAL BUILDING<br>167 N. MAIN<br>MEMPHIS, TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | West TN Council/Boy Scouts of America |
| 2. Board of Directors | Tennessee Bar Foundation |
| 3. Board of Directors | Asbury Communities of Tennessee |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 21 11 17 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME.(Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS– transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Tennessee Bar Association | Oct. 17 - Nashville, TN - Meeting of Committee (travel) |
| 2. | Tennessee Bar Foundation | Dec. 12 - Nashville, TN - Meeting of Board of Directors (travel) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 6

Name of Person Reporting

BREEN, J. DANIEL

Date of Report

04/20/2004

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Volunteer Bank | A | Interest | J | T | | | | | |
| 2. IRA - Fidelity Mag. | B | Dividend | K | T | | | | | |
| 3. JANUS | A | Dividend | J | T | | | | | |
| 4. CMA ACCT. - MERRILL LYNCH | | | | | | | | | |
| 5. AmSouth CS | A | Dividend | J | T | | | | | |
| 6. Idaho Power Co. CS | A | Dividend | J | T | | | | | |
| 7. Procter & Gamble CS | B | Dividend . | K | T | | | | | |
| 8. Metro Gov't Nashville Bonds | B | Interest | K | T | | | | | |
| 9. Chicago, IL Brd. Ed. Bonds | A | Interest | J | T | | | | | |
| 10. Cleveland Ohio Gov't Bonds | A | Interest | J | T | | | | | |
| 11. Cleveland Ohio Gov't Bonds | A | Interest | J | T | Partial Sale | 8/3 | J | A | |
| 12. BellSouth CS | A | Dividend | J | T | | | | | |
| 13. Coca-Cola CS | A | Dividend | J | T | | | | | |
| 14. E.I. Dupont CS | A | Dividend | J | T | | | | | |
| 15. Merrill Lynch Large Cap Value | A | Dividend | J | T | | | | | |
| 16. Merrill Lynch Large Cap Core | A | Dividend | J | T | Buy | 8/12 | J | | |
| 17. Mass. Inv. Growth Stock Fund | A | Dividend | J | T | | | | | |
| 18. Aim Balanced Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A –H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. IRA ACCOUNT - MERRILL LYNCH | | | | | | | | | |
| 20. Mass. Inv. Trust | A | Dividend | J | T | | | | | |
| 21. Merrill Lynch Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 22. AIM Interm. Gov't Fund | A | Dividend | J | T | | | | | |
| 23. American Int's Group CS | A | Dividend | J | T | | | | | |
| 24. Biogen, Inc. - CS | A | Dividend | J | T | Buy | 1/15 | J | | |
| 25. Chase Manhattan - CS | A | Dividend | J | T | Sell | 4/1 | J | A | |
| 26. Coca Cola - CS | A | Dividend | J | T | | | | | |
| 27. Duke Energy | A | Dividend | J | T | | | | | |
| 28. Exxon Mobil - CS | A | Dividend | J | T | | | | | |
| 29. Fannie Mae - CS | A | Dividend | J | T | | | | | |
| 30. General Electric - CS | A | Dividend | J | T | | | | | |
| 31. Home Depot - CS | A | Dividend | J | T | | | | | |
| 32. Household Int'l - CS | A | Dividend | J | T | | | | | |
| 33. Idec Pharmaceuticals Corp. CS | A | Dividend | J | T | Sell | 4/1 | J | A | |
| 34. Johnson & Johnson - CS | A | Dividend | J | T | | | | | |
| 35. McDonalds - CS | A | Dividend | J | T | | | | | |
| 36. Microsoft Corp. - CS | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/20/2004 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Pfizer Inc. CS | A | Dividend | J | T | | | | | |
| 38. Triad Hospitals - CS | A | Dividend | J | T | | | | | |
| 39. Wal-Mart Stores - CS | A | Dividend | J | T | | | | | |
| 40. IRA- MERRILL LYNCH | | | | | | | | | |
| 41. Lord Abbett Mid-Cap Value | A | Dividend | J | T | | | | | |
| 42. MFS Value Fd. | A | Dividend | J | T | | | | | |
| 43. Merrill Lynch Small Cap Value Fd. | A | Dividend | J | T | | | | | |
| 44. Merrill Lynch Small Cap Value Fund | B | Dividend | J | T | Buy | 8/13 | J | | |
| 45. Merrill Lynch Large Cap Value Fund | A | Dividend | J | T | | | | | |
| 46. AIM Interm. Gov't | A | Dividend | J | T | | | | | |
| 47. Lord Abbett Bond Debenture Fd. | A | Dividend | J | T | | | | | |
| 48. Merrill Lynch Global Allocation | A | Dividend | J | T | Buy | 11/10 | J | | |
| 49. MFS Gov. Secs. Fund | A | Dividend | J | T | Sell | 8/12 | K | A | |
| 50. Fed. Hm. Ln. Mtg. Corp. | A | Dividend | J | T | Buy | 8/13 | J | | |
| 51. Mass Inv. Trust Fd. | B | Interest | J | T | | | | | |
| 52. MFS Value Fd. | A | Dividend | J | T | | | | | |
| 53. Merrill Lynch Small Cap Value Fd. | A | Dividend | J | T | | | | | |
| 54. Alliance Bernstein Value Fd. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/20/2004 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. MFS Total Return Fd. | A | Dividend | J | T | | | | | |
| 56. Evergreen Sel Adjustable Rate Fd. | A | Dividend | J | T | Buy | 8/12 | J | | |
| 57. Abbott Labs | A | Dividend | J | T | | | | | |
| 58. Allstate Corp. | A | Dividend | J | T | | | | | |
| 59. Allstate Corp. | A | Dividend | J | T | Buy | 3/13 | J | | |
| 60. AT&T Corp. | A | Dividend | J | T | | | | | |
| 61. Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 62. Archer Daniels Midland | A | Dividend | J | T | Buy | 3/13 | J | | |
| 63. Burlington & Santa Fe Railroad | A | Dividend | J | T | | | | | |
| 64. Burlington & Santa Fe Railroad | A | Dividend | J | T | Buy | 3/13 | J | | |
| 65. Beckman Coulter Inc. | A | Dividend | J | T | | | | | |
| 66. Beckman Coulter Inc. | A | Dividend | J | T | Buy | 3/13 | J | | |
| 67. Baxter International, Inc. | A | Dividend | J | T | | | | | |
| 68. Boeing Company | A | Dividend | J | T | | | | | |
| 69. Boeing Company | A | Dividend | J | T | Buy | 3/13 | J | | |
| 70. Comcast Corp. | A | Dividend | J | T | Sell | 3/13 | J | A | |
| 71. Chevron Texaco Corp. | A | Dividend | J | T | | | | | |
| 72. ConacoPhillips | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/20/2004 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Conaco Phillips | A | Dividend | J | T | Buy | 1/29 | J | | |
| 74. Conagra Foods Inc. | A | Dividend | J | T | | | | | |
| 75. Energy East Corp. | A | Dividend | J | T | | | | | |
| 76. Energy East Corp. | A | Dividend | J | T | Buy | 3/13 | J | | |
| 77. Exxon Mobile Corp. | A | Dividend | J | T | | | | | |
| 78. FPL Group, Inc. | A | Dividend | J | T | | | | | |
| 79. FleetBoston Fin'l Corp. | A | Dividend | J | T | Sell | 3/31 | J | A | |
| 80. Hartford Fin'l Services Group | A | Dividend | J | T | | | | | |
| 81. Hartford Fin'l Services Group | A | Dividend | J | T | Buy | 3/13 | J | | |
| 82. Hewlett Packard Co. | A | Dividend | J | T | | | | | |
| 83. Huntington Bancshares, Inc. | A | Dividend | J | T | | | | | |
| 84. Ingersoll Rand Co. | A | Dividend | J | T | | | | | |
| 85. International Business Machine, Inc. | A | Dividend | J | T | | | | | |
| 86. Kimberly Clark | A | Dividend | J | T | | | | | |
| 87. Kimberly Clark. | A | Dividend | J | T | Buy | 3/13 | J | | |
| 88. Limited Brands Inc. | A | Dividend | J | T | | | | | |
| 89. Limited Brands Inc. | A | Dividend | J | T | Buy | 3/13 | J | | |
| 90. Marshall & Ilssley Co. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/20/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Marshall & Ilsley Co. | A | Dividend | J | T | Buy | 3/13 | J | | |
| 92. Mattel Inc. | A | Dividend | J | T | | | | | |
| 93. Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 94. Merck & Co. Inc. | A | Dividend | J | T | Buy | 9/26 | J | | |
| 95. J.C. Penney Co. | A | Dividend | J | T | | | | | |
| 96. SBC Communications Inc. | A | Dividend | J | T | | | | | |
| 97. SBC Communications Inc. | | Dividend | J | T | Buy | 3/13 | J | | |
| 98. Union Pacific Corp. | A | Dividend | J | T | | | | | |
| 99. Verizon Communications | A | Dividend | J | T | | | | | |
| 100. Washington Mutual Inc. | A | Dividend | J | T | | | | | |
| 101. Weyerhaeuser Co. | A | Dividend | J | T | | | | | |
| 102. Weyerhaeuser Co. | A | Dividend | J | T | Buy | 2/5 | J | | |
| 103. Xerox Corp. | A | Dividend | J | T | | | | | |
| 104. Wachovia Corp. | A | Dividend | J | T | | | | | |
| 105. Wyeth | A | Dividend | J | T | | | | | |
| 106. Merrill Lynch Money Market Fd. | A | Interest | K | T | | | | | |
| 107. Merrill Lynch Retirement Reserves | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | BREEN, J. DANIEL | 04/20/2004 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu█████████████████████████      Date *April 20, 2004*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544